# RETURN OF SERVICE

Court Stamp Here

| | | | |
|---|---|---|---|
| Court | **UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA** | | |
| Plaintiff | **MICHELLE ANDRE** | Case # | **8:21-cv-01140-MSS-TGW** |
| Defendant | **FIRSTSOURCE ADVANTAGE LLC.** | Hearing Date | |
| Person to be Served | **FIRSTSOURCE ADVANTAGE LLC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT** | Came to Hand Date/Time | **5/12/2021   2:34 PM** |
| Manner of Service | **Corporate** | Service Date/Time | **5/13/2021   2:08 PM** |
| Documents | **Summons in a Civil Action;Class Action Complaint;Exhibit** | Service Fee | **$50.00** |

On **5/13/2021** at:
**1200 South Pine Island Rd., Plantation, FL 33324** I served **FIRSTSOURCE ADVANTAGE LLC. c/o CT CORPORATION SYSTEM, REGISTERED AGENT** by:

Leaving **1** copy(ies) of this process with **Monica Myrick**, a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **PERSON AUTHORIZED TO ACCEPT, who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject stating their name, a black-haired black female approx. 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| _signature_ | **613** | 05/13/2021 |
| Joseph S Marker | Process Server ID | Date Executed |

Ref **Andre/FirstSource**



 Shrader Law, PLLC

Tracking # **0070017027**